## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Ann H. Flowers_
(Please print)

STREET ADDRESS: _3223 Springleaf Drive_

CITY/STATE/ZIP: _Mesquite, Texas 75181_

PHONE NUMBER: _(469)_

CASE NUMBER: 08CV 552
JUDGE KENNELLY
MAGISTRATE JUDGE COX

_Ann H. Flowers "Pro Se"_      _01/17/08_
Signature                       Date

**FILED**
JAN 24 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT