## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 552 | **DATE** | 1/31/2008 |
| **CASE TITLE** | Kim Young, et al. vs. Cook County, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to stipulation, plaintiffs' claims against defendants Ruth Rothstein, Karen Scott, Stephen Martin Jr., Daniel Winship, Leonard Bersky and David Fagus are dismissed with prejudice and without costs. The Clerk is directed to terminate those defendants. The case remains pending against all other defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|