## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s) **Ann H. Flowers**

v.

Defendant(s) **USPS, John E. Potter, Postmaster Gen.**

Case Number: **08 CV 552**

Judge: **Kennelly**

### MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, **Ann W. Flowers**, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:
   **On attached page.**

   FILED
   MAR 12 2008
   MAR 12 2008
   MICHAEL W. DOBBINS
   CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

**Ann W. Flowers**
Movant's Signature

**3/5/2008**
Date

**3223 Springleaf Drive**
Street Address

**Mesquite, TX 75181**
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

**Ann H. Flowers**
**0 8 CV 552**
**March 5, 2008**

**RE: Motion to Extend Motion for Appointment of Counsel**

I have called these law offices and legal assistances Offices in January 2008 after I received the list from the court in the mail. I live in Texas and I used a telephone that belongs to another person, my long distant minutes are limited.

1. Chicago Legal Clinic, (773) 731-1762
2. Chicago Volunteer Legal services Foundation (CVLS) (312) 332-1624
3. Cook County Legal Assistance Foundation, Inc. West Suburban Office (708) 5242600
4. Cook County Legal Assistance, Foundation Senior Citizens (847) 4753703
Numbers 1 thru 4 could not help me with an attorney for representation in my case.
5. Equipped for Equality, Inc., The Pair Project (800) 537-2632. I left a message, someone from the office called me and said that they would call me again in two to three days but I never got a call.
6. Legal Foundation of Chicago, General Intake Office, (312) 431-1206 and (312) 906-5050. The person at Kent told me they charge a fee, of which I am unable to pay.
7. Loyola University Community Law Center, (312)915-7830
8. Poverty Law Project, National Clearinghouse for Legal Services. ((312) 263-3830.
**In March 5, 2008, I called the offices below:**
9. Pro Bono Advocates (312) 325-9155, 3/5/08, they gave me a referral to Chicago Lawyer Committee for Civil Rights. The CLCCR told me I need a private attorney for my case. I was told they could not help me.
10. Kent College of Law, attorneys charge a fee that I cannot pay. (312)906-5050
11. Legal Aid Bureau of Metropolitan Family Services. The intake office said, this office handle Family Law only.
12. Mandel Legal Aid Clinic, University of Chicago, (773) 7029611 they do not handle Employment Discrimination cases. Mandel referred me to Carpel at (312) 738-9200. I was given the website for Carpel. I went to the website, It said Illinois residents only.
12. Northwestern University Legal Assistance Clinic. (312 503-4472) They do not handle Employment Discrimination cases.
13. Prairie State Legal Services, Inc. (847) 662-6925. They do not handle Employment cases. I was referred to (312)-341-1040. They handle cases for people who live in Cook County.
14. World Relief (773) 583-9191. This office handles immigration cases only.
15. DePaul Legal Clinic, (847) 475-3703 Will Call back in the next two days to tell me if they can handle my case.
16 John Marshall Law Clinics. (312) 786-2267 Handle only housing matters

Sincerely *Ann H. Flowers*
Ann H. Flowers.