# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

CA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ann H. Flowers | 08C552 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| US Postal Servie & John Potter | S/C |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

U.S. Attorney General

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Dept. of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ann H. Flowers
3223 Springleaf Drive
Mesquite, TX 75181

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**

MAR 1 3 2008

MAR 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NF

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER | DATE: 02-26-08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 4 of 4 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk — Td | Date 02-26-08

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Received receipt of certified delivery (green card) signed by E. Porter.

Date of Service: 3-3-08  Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 0 | 0 | 5-21 | 5-21 | 0 | 5.21 | 0 |

REMARKS: Mailed certified mail 70070710000096000948

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **ATTORNEY GENERAL**
   **U.S. DEPARTMENT OF JUSTICE**
   **950 PENNSYLVANIA AVE. NW**
   **WASHINGTON, DC 20530**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Samuel Parks_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
   MAR 03 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 0710 0000 9600 0948

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

UNITED STATES MARSHALS SERVICE
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET - ROOM 2444
CHICAGO, ILLINOIS  60604

08C552