## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 552 | **DATE** | 4/9/2008 |
| **CASE TITLE** | Flowers vs. Potter | | |

**DOCKET ENTRY TEXT**

*Pro se* plaintiff Ann Flowers has renewed her motion for appointment of counsel.  So that the Court may be fully informed before ruling on the motion, the Court directs Ms. Flowers to provide the Court, by no later than 4/30/08, copies of the decisions of the Postal Service EEO office, the Merit Systems Protection Board, and any court, regarding her 2004 discrimination charge, as more fully explained below.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

*Pro se* plaintiff Ann Flowers has renewed her motion for appointment of counsel.  The Court has again reviewed Ms. Flowers' complaint, in which she alleges that the Postal Service terminated her employment and retaliated against her, due to her age, race, gender, and disability.  Though Ms. Flowers characterizes her claim as one regarding termination, her actual claim appears to be that the Postal Service failed to reinstate or rehire her following a lengthy period of disability, falsely telling her that there were no positions open when in fact it was hiring others.  Ms. Flowers attached to her complaint a copy of the decisions made by the Postal Service's EEO office and by the EEOC.  The Postal Service dismissed Ms. Flowers' claim, saying it duplicated a claim she had filed in 2004, making similar allegations.  The EEOC upheld the dismissal for the same reasons.  In its ruling, the EEOC stated that the Postal Service had made a decision on the merits denying Ms. Flowers' 2004 complaint and that Ms. Flowers had then appealed to the Merit Systems Protection Board, and later to the U.S. Court of Appeals, both of which upheld the denial of her 2004 claim.  So that the Court may be fully informed on the question of whether appointment of counsel is warranted in this case, the Court directs Ms. Flowers to file with the Clerk copies of all decisions regarding her 2004 claim – including the decision of the Postal Service EEO office, the Merit Systems Protection Board, and any court.  Ms. Flowers must submit these materials by no later than 4/30/08.  If she fails to do so, the Court will deny her request for appointment of counsel and may dismiss her case for failure to prosecute.

| | Courtroom Deputy Initials: | mk |
|---|---|---|

Case 1:08-cv-00552   Document 14   Filed 04/09/2008   Page 1 of 1

08C552 Flowers vs. Potter                                                                                               Page 1 of  1