## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 552 | **DATE** | 5/6/2008 |
| **CASE TITLE** | | Flowers vs. Potter | |

**DOCKET ENTRY TEXT**

Plaintiff's renewed motion to appoint counsel is entered and continued to the initial status hearing date of 5/22/08. Before ruling on the motion, the Court wants to be able to see defendant's response to the complaint, which will assist the Court in determining whether appointment of counsel is appropriate.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | mk |