UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANN H. FLOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08 C 552 |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | Judge Kennelly |
| JOHN E. POTTER, Postmaster General, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

Defendant John Potter, Postmaster General, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves this court for an extension of time to June 18, 2008 to answer or otherwise plead to the complaint, and in supports, states as follows:

1. Defendant's answer to the complaint is due May 19, 2008.

2. Defendant is unable to file its answer by that date, as undersigned counsel has not yet received certain information from the defendant agency necessary to complete the answer to the complaint.

3. The thirty-day extension of time requested is necessary in order for undersigned counsel to receive and review information from the defendant agency, in order to properly respond to the complaint.

4. The parties will not be prejudiced, should the court grant defendant's motion.

WHEREFORE, defendant requests that the court grant an extension of time to June 18, 2008 to answer or otherwise respond to the complaint.

                         Respectfully submitted,

                         PATRICK J. FITZGERALD
                         United States Attorney

                         By: s/Ernest Y. Ling
                            ERNEST Y. LING
                            Assistant United States Attorney
                            219 South Dearborn Street
                            Chicago, Illinois 60604
                            (312) 353-5870
                            ernest.ling@usdoj.gov