UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANN H. FLOWERS, | ) |
| Plaintiff, | ) |
| v. | ) No. 08 C 552 |
| UNITED STATES POSTAL SERVICE, JOHN E. POTTER, Postmaster General, | ) Judge Kennelly |
| Defendant. | ) |

### NOTICE OF MOTION

To:  Ann H. Flowers
    3223 Springleaf Drive
    Mesquite Texas 75181

PLEASE TAKE NOTICE that on Wednesday, May 28, 2008 at 9:30 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Kennelly in the courtroom occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**Defendant's Motion for Extension of Time to Answer or Otherwise Plead to the Complaint**

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Ernest Y. Ling
    ERNEST Y. LING
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5870
    ernest.ling@usdoj.gov

# CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**Notice of Motion and Defendant's Motion for Extension of Time to Answer or Otherwise Plead to the Complaint**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on May 19, 2008, to the following non-ECF filers:

Ann H. Flowers
3223 Springleaf Drive
Mesquite Texas 75181

s/Ernest Y. Ling
ERNEST Y. LING
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5870