**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Ann H. Flowers

                  Plaintiff,

v.                                          Case No.: 1:08−cv−00552

                                             Honorable Matthew F. Kennelly

USPS, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Motion for extension of time to answer [18] is granted;. Answer is due by 6/18/2008. Status hearing held on 5/22/2008 and continued to 7/1/2008 at 09:30 AM. Plaintiff may appear by telephone for the next status hearing. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.