# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 552 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Flowers vs. USPS | | |

**DOCKET ENTRY TEXT**

Status hearing held. Response to motion to dismiss is due by 8/15/2008 and reply brief by 8/29/2008. Ruling by mail.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|