Case 1:08-cv-00552   Document 25   Filed 08/13/2008   Page 1 of 1



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANN H. FLOWERS,<br>    Plaintiff<br><br>v.<br><br>UNITED STATES POST OFFICE,<br>JOHN E. POTTER, Postmaster General<br>    Defendants | No. 08 C-552<br>Judge Kennelly |

FILED
AUG 13, 2008
AUG 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

ANN H. FLOWERS, plaintiff pro se herein, hereby files this Response To Defendants' Motion To Dismiss. In support of this motion, plaintiff submits the attached memorandum.

Respectfully submitted,

*/s/ Ann Flowers*

ANN H. FLOWERS
3223 Springfield Drive
Mesquite, Texas 75181
469.726.0412